[No. 12836-9-III.     Division Three.     June 23, 1994.]

ALLSTATE INSURANCE COMPANY, ET AL, *Respondents*, v.
ROBERT E. GREENE, *as Personal Representative, et al,
Appellants.*

Appeal from a judgment of the Superior Court for Stevens
County, No. 92-2-00170-3, Larry M. Kristianson, J., entered
October 30, 1992. *Affirmed* by unpublished opinion per
Schultheis, J., concurred in by Thompson, C.J., and Munson,
J.

[No. 13043-6-III.     Division Three.     June 23, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JANE RAE
QUINN, *Petitioner.*

Appeal from a judgment of the Superior Court for Whit-
man County, No. 91-1-00038-1, Wallis W. Friel, J., entered
January 14, 1993. *Affirmed* by unpublished opinion per
Thompson, C.J., concurred in by Munson and Sweeney, JJ.

[No. 15023-9-II.     Division Two.     June 24, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD C.
KUFAHL, *Appellant.*

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 90-1-00501-5, Carol A. Fuller, J., entered
May 16, 1991. *Reversed* by unpublished opinion per Alexan-
der, J., concurred in by Morgan, C.J., and Houghton, J.

[No. 16304-7-II.     Division Two.     June 24, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID
MERVIN HAYS, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 91-1-00993-7, Roger A. Bennett, J., entered July
2, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro
Tem., concurred in by Seinfeld, A.C.J., and Houghton, J.